STILLMAN F. PRATT, as Administrator, etc., Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued December 8, 1892; decided December 23, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Daniel H. McMillan* for appellant.

*Tracy C. Becker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.